# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

February 2, 2009

TO:  Counsel listed in the attached Exhibit A

**Re:  GWLS Holdings, Inc., et al.
Case No. 08-12430**

Dear Counsel:

      This is with respect to the supplemental submissions of First Lien Agent (Doc. # 710) and Grace Bay Holdings (Doc. # 712).

      When I signed the sale order (Doc. # 677) I assumed that paragraph 32 was consensual.  However, in its supplemental submission Grace Bay Holdings states that it was not consulted on that language and it argues that this Court is not the appropriate forum to decide the issue and that that issue should be the subject of a complaint.

      I would like to see First Lien Agent's and Debtors' positions on this matter.

Very truly yours,

Peter J. Walsh

PJW:ipm

Attachment

**Exhibit A**

Richard W. Riley
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Jesse H. Austin, III
Paul Hastings Janofsky & Walker, LLP
600 Peachtree Street, N.E.
Twenty-Fourth Floor
Atlanta, GA 30308

Kristine M. Shryock
Paul Hastings Janofsky & Walker, LLP
75 E. 55th Street, First Floor
New York, NY 10022

Counsel for UBS AG, Stamford Branch as First Lien Agent

Victoria W. Counihan
Dennis A. Meloro
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Nancy A. Mitchell
Allen G. Kadish
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

Joseph P. Davis, III
Greenberg Traurig, LLP
One International Place
Boston, Massachusetts 02110

Bevin M. Brennan
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601

Counsel for Grace Bay Holdings, LLC and
Grace Bay Holdings II, LLC

Robert S. Brady
Matthew B. Lunn
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

Matthew A. Feldman
Paul V. Shalhoub
Robin Spigel
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099

Co-Counsel to the Debtors and Debtors in Possession